No. 99–1917. COZART *v.* UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 99–1921. TITTJUNG *v.* RENO, ATTORNEY GENERAL, ET AL. C. A. 7th Cir. Certiorari denied.

No. 99–1926. LANZOTTI *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 99–1928. TARAWALY *v.* FARREY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 99–1931. BEARDSLEE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–1936. RAYHANI ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–1941. IDEMA *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–1949. NIJMEH *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–1954. PERSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–7579. COTTON *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 99–8165. HARDY *v.* UNITED STATES;
No. 99–8184. CAUSEY *v.* UNITED STATES; and
No. 99–8285. DAVIS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 185 F. 3d 407.

No. 99–8463. WIGGINS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–8489. BOBILLO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–8675. OMELEBELE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–8839. PISTONE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.